UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DONALD McFADDEN,

    Plaintiff,

vs.

CHARLES DANIELS, et al.

    Defendants.

Case No. 2:21-cv-00713-ART-DJA

**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Donald McFadden, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 6th day of August, 2022.

_____
DONALD McFADDEN
*Plaintiff*

DATED this 6th day of September, 2022

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**Anne R. Traum
UNITED STATES DISTRICT JUDGE**

September 7, 2022